JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES OF AMERICA and DOES 1 to 50, inclusive,<br><br>　　　　　Defendant. | Case No. 2:21-cv-08262-MWF(JEMx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

　　The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　IT IS SO ORDERED.

Dated: September 7, 2022　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge